UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **DICK & SONS DIVING SERVICE** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.** |
| | * | |
| **CHIEFTAIN SAND AND** | * | **JUDGE** |
| **PROPPANT ARKANSAS, LLC;** | * | |
| **DAVID HANSEN AND RUSSELL DRIVER** | * | **MAGISTRATE JUDGE** |
| | * | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Chieftain Sand and Proppant Arkansas, LLC, by counsel of record, certifies that it is a limited liability company, and that it does not have any parent corporation and no publicly held company owns 10% or more of its stock or membership interest.

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

BY: s/ Edward J. Laperouse II
Edward J. Laperouse, II, Bar Roll No. 29310, T.A.
ted.laperouse@taylorporter.com
John Stone Campbell, III, Bar Roll No. 23674
johnstone.campbell@taylorporter.com
Leslie Ayres Daniel, Bar Roll No. 27948
leslie.daniel@taylorporter.com
L. Adam Thames, Bar Roll No. 32722
adam.thames@taylorporter.com
451 Florida Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Fax: (225) 346-8049

ATTORNEYS FOR DEFENDANTS, CHIEFTAIN SAND AND PROPPANT ARKANSAS, LLC, DAVID HANSEN AND RUSSELL DRIVER

**CERTIFICATE**

I certify that a copy of the foregoing was filed electronically this day with the Clerk of Court using the CM/ECF system. I certify that a copy of the foregoing was this day mailed, properly addressed and first-class postage prepaid to:

Dick & Sons Diving Service
through its attorneys of record:
John W. Pickett
P.O. Box 250
Many, LA 71229

Baton Rouge, Louisiana, this 11th day of October, 2012.

s/ Edward J. Laperouse II
Edward J. Laperouse II